# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JACK HINESLEY,**

        **Plaintiff,**

**v.**                                            **Case No: 6:22-cv-1980-PGB-EJK**

**SHAKTI PUMPS USA LLC,**

        **Defendant.**

_____/

## ORDER

    This cause is before the Court on the parties' Notice of Settlement and Joint Stipulation of Dismissal, filed July 11, 2023. (Doc. 30). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff Jack Hinesley's claims against Defendant Shakti Pumps USA LLC are **DISMISSED WITH PREJUDICE**. The claims of the putative class are **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close the file.

    **DONE AND ORDERED** in Orlando, Florida on August 31, 2023.

*[Signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties